DAWE V DR REUVAN BAR-LEVAV & ASSOCIATES, PC, No. 137092. The application for leave to appeal is granted. The parties shall address whether the 1995 amendment of MCL 330.1946 affected the scope of the statute's application. The application for leave to appeal as cross-appellants remains pending. Reported below: 279 Mich App 552.

PELLEGRINO V AMPCO SYSTEMS PARKING, No. 137111. The motion for immediate consideration of the motion to strike is granted. The motion to strike is granted in part. The paragraph spanning pages 1 and 2 of the plaintiffs' response to the defendant's application for leave to appeal is stricken because it contains information that is not part of the record on appeal. MCR 7.210(A)(1). The motion for extension of time to file a reply and the motion to note recent Supreme Court decision are granted. The application for leave to appeal the May 27, 2008, judgment of the Court of Appeals is granted, limited to the issue whether the defendant is entitled to a new trial based on a violation of MCR 2.511(F)(2). Court of Appeals No. 274743.

PEOPLE V GURSKY, No. 137251. The application for leave to appeal the July 17, 2008, judgment of the Court of Appeals is granted, limited to the issues: (1) whether the statements made by the complainant to Stacy Morgan on or about May 4, 2006, were "shown to have been spontaneous and without indication of manufacture" within the meaning of MRE 803A(2), and (2) whether it was more probable than not that any error in this regard was outcome determinative. See *People v Lukity*, 460 Mich 484, 495-496 (1999).

We further order the Macomb Circuit Court, in accordance with Administrative Order No. 2003-3, to determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant in this Court.

The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae. Court of Appeals No. 274945.